BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant POOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Nos. CR 95-40074-CW |
|              Plaintiff,                           ) |       CR 06-00008-CW |
|   v.                                                       ) | ORDER GRANTING STIPULATION |
| JOHN ANTHONY POOLE,              ) | CONTINUING HEARING DATE |
|              Defendant.                        ) | Date: March 13, 2006 |
| | Time: 2:00 p.m. |
| | Court: Hon. Claudia Wilken |
| |        U.S. District Court |

      These related cases are currently set for status on the Rule 20 transfer on Monday, March 13, 2006 at 2:00 p.m. The parties have learned that, as of this date, the paperwork from the Central District of California still has not been received by the clerk's office. The parties are awaiting this transfer before the defendant can proceed with change of plea and sentencing. Because both the supervised release violation alleged in CR 95-40074-CW and the new charges alleged in CR 06-00008-CW will be jointly resolved in the same plea agreement, until the paperwork arrives, the parties cannot proceed in either case.

      For this reason, the parties jointly request that the hearing in this matter be continued from March 13, 2006, until March 27, 2006, or as soon thereafter as the Court is available.

      The parties stipulate and agree that the time between March 13 and March 27, 2006, should

STIP AND ORD CONT HEARING        - 1 -

be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

SO STIPULATED.

Dated:       March 10, 2006            /S/
                                       _____
                                       HILARY A. FOX
                                       Attorney for Defendant POOLE

SO STIPULATED.

Dated:       March 10, 2006            /S/
                                       _____
                                       KIRSTIN AULT
                                       Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

Good cause appearing therefore, and pursuant to defendant John Poole's stipulation, it is hereby ORDERED that the hearing currently scheduled for March 13, 2006, at 2:00 p.m. is vacated, and a hearing is hereby scheduled instead for March 27, 2006, at 2:00 p.m., for status or change of plea. It is further ORDERED that the time from March 13 through March 27, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

IT IS SO ORDERED.

Dated:  __3/13_____, 2006         _Claudia Wilken_____
                                       CLAUDIA WILKEN
                                       United States District Court

STIP AND ORD CONT HEARING        - 2 -

BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant POOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>    v.<br><br>JOHN ANTHONY POOLE,<br><br>                    Defendant. | Nos. CR 95-40074-CW<br>       CR 06-00008-CW<br><br>ORDER GRANTING STIPULATION<br>CONTINUING HEARING DATE<br><br>Date:  March 13, 2006<br>Time:  2:00 p.m.<br>Court: Hon. Claudia Wilken<br>       U.S. District Court |

These related cases are currently set for status on the Rule 20 transfer on Monday, March 13, 2006 at 2:00 p.m. The parties have learned that, as of this date, the paperwork from the Central District of California still has not been received by the clerk's office. The parties are awaiting this transfer before the defendant can proceed with change of plea and sentencing. Because both the supervised release violation alleged in CR 95-40074-CW and the new charges alleged in CR 06-00008-CW will be jointly resolved in the same plea agreement, until the paperwork arrives, the parties cannot proceed in either case.

For this reason, the parties jointly request that the hearing in this matter be continued from March 13, 2006, until March 27, 2006, or as soon thereafter as the Court is available.

The parties stipulate and agree that the time between March 13 and March 27, 2006, should

STIP AND ORD CONT HEARING          - 1 -

be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

SO STIPULATED.

Dated:      March 10, 2006                      /S/
                                                _____
                                                HILARY A. FOX
                                                Attorney for Defendant POOLE

SO STIPULATED.

Dated:      March 10, 2006                      /S/
                                                _____
                                                KIRSTIN AULT
                                                Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

Good cause appearing therefore, and pursuant to defendant John Poole's stipulation, it is hereby ORDERED that the hearing currently scheduled for March 13, 2006, at 2:00 p.m. is vacated, and a hearing is hereby scheduled instead for March 27, 2006, at 2:00 p.m., for status or change of plea. It is further ORDERED that the time from March 13 through March 27, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

IT IS SO ORDERED.

Dated:  ___3/13_____, 2006                     *Claudia Wilken*
                                                CLAUDIA WILKEN
                                                United States District Court

STIP AND ORD CONT HEARING          - 2 -

| | |
|---|---|
| 1 | BARRY J. PORTMAN |
| | Federal Public Defender |
| 2 | HILARY A. FOX |
| | Assistant Federal Public Defender |
| 3 | 555 12th Street, Suite 650 |
| | Oakland, CA 94607 |
| 4 | Tel: (510) 637-3500 |
| | Counsel for Defendant POOLE |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Nos. CR 95-40074-CW |
| Plaintiff, | ) | CR 06-00008-CW |
| | ) | |
| v. | ) | ORDER GRANTING STIPULATION |
| | ) | CONTINUING HEARING DATE |
| JOHN ANTHONY POOLE, | ) | |
| | ) | Date:  March 13, 2006 |
| Defendant. | ) | Time:  2:00 p.m. |
| _____ | ) | Court: Hon. Claudia Wilken |
| | | U.S. District Court |

These related cases are currently set for status on the Rule 20 transfer on Monday, March 13, 2006 at 2:00 p.m.  The parties have learned that, as of this date, the paperwork from the Central District of California still has not been received by the clerk's office.  The parties are awaiting this transfer before the defendant can proceed with change of plea and sentencing. Because both the supervised release violation alleged in CR 95-40074-CW and the new charges alleged in CR 06-00008-CW will be jointly resolved in the same plea agreement, until the paperwork arrives, the parties cannot proceed in either case.

For this reason, the parties jointly request that the hearing in this matter be continued from March 13, 2006, until March 27, 2006, or as soon thereafter as the Court is available.

The parties stipulate and agree that the time between March 13 and March 27, 2006, should

STIP AND ORD CONT HEARING                       - 1 -

be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

SO STIPULATED.

Dated:    March 10, 2006              /S/
                                      _____
                                      HILARY A. FOX
                                      Attorney for Defendant POOLE

SO STIPULATED.

Dated:    March 10, 2006              /S/
                                      _____
                                      KIRSTIN AULT
                                      Assistant United States Attorney

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

ORDER

Good cause appearing therefore, and pursuant to defendant John Poole's stipulation, it is hereby ORDERED that the hearing currently scheduled for March 13, 2006, at 2:00 p.m. is vacated, and a hearing is hereby scheduled instead for March 27, 2006, at 2:00 p.m., for status or change of plea.  It is further ORDERED that the time from March 13 through March 27, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

IT IS SO ORDERED.

Dated:  ___3/13_____, 2006           _____
                                      CLAUDIA WILKEN
                                      United States District Court