BARRY J. PORTMAN
Federal Public Defender
HILARY A. FOX
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607
Tel: (510) 637-3500
Counsel for Defendant POOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Nos. CR 95-40074-CW |
| Plaintiff, ) | CR 06-00008-CW |
| ) | |
| v. ) | STIPULATION AND ORDER |
| ) | CONTINUING HEARING DATE |
| JOHN ANTHONY POOLE, ) | |
| ) | Date:  April 24, 2006 |
| Defendant. ) | Time:  2:00 p.m. |
| ) | Court: Hon. Claudia Wilken |
| | U.S. District Court |

These related cases are currently set for dispostion on Monday, March 13, 2006 at 2:00 p.m. The parties have learned that, as of this date, the paperwork from the Central District of California still has not been received by the clerk's office due to delays in the Central District. At this time, the parties are still waiting for the file to be received in the Northern District so that Mr. Poole may proceed with the change of plea and submission of the plea agreement (an agreement which has already been finalized and executed). The parties anticipate that the file should arrive within the next two weeks.  Because both the supervised release violation alleged in CR 95-40074-CW and the new charges alleged in CR 06-00008-CW will be jointly resolved in the same plea agreement, until the paperwork arrives, the parties cannot proceed in either case.

For this reason, the parties jointly request that the hearing in this matter be continued from

STIP AND ORD CONT HEARING         - 1 -

April 24, 2006, until May 15, 2006, or as soon thereafter as the Court is available and that the matter be set for change of plea at that time and admission of the violation.

The parties stipulate and agree that the time between April 24 and May 15, 2006, should be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

SO STIPULATED.

Dated:     April 21, 2006         /S/
                                  HILARY A. FOX
                                  Attorney for Defendant POOLE

SO STIPULATED.

Dated:     April 21, 2006         /S/
                                  KIRSTIN AULT
                                  Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) with this e-filed document.

## ORDER

Good cause appearing therefore, and pursuant to defendant John Poole's stipulation, it is hereby ORDERED that the hearing currently scheduled for April 24, 2006, at 2:00 p.m. is vacated, and a hearing is hereby scheduled instead for May 15, 2006, at 2:00 p.m., for change of plea and admission of the violation. It is further ORDERED that the time from April 24 through May 15, 2006, is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from any proceeding related to the transfer of a case from another district.

IT IS SO ORDERED.

Dated:     4/25      , 2006       CLAUDIA WILKEN
                                  United States District Court

STIP AND ORD CONT HEARING        - 2 -