1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant POOLE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | Nos. CR 95-40074-CW |
| | ) | CR 06-00008-CW |
| v. | ) | ORDER GRANTING STIPULATION |
| | ) | CONTINUING HEARING DATE |
| JOHN ANTHONY POOLE, | ) | |
| | ) | Date:  May 15, 2006 |
| Defendant. | ) | Time:  2:00 p.m. |
| | ) | Court: Hon. Claudia Wilken |
| | | U.S. District Court |

These related cases are currently set for disposition on Monday, May 15, 2006 at 2:00 p.m. The parties have learned that, as of this date, the paperwork from the Central District of California still has not been received by the clerk's office due to delays in the Central District. At this time, the parties are still waiting for the file to be received in the Northern District so that Mr. Poole may proceed with the change of plea and submission of the plea agreement (an agreement which has already been finalized and executed). The parties anticipate that the file should arrive shortly. Because both the supervised release violation alleged in CR 95-40074-CW and the new charges alleged in CR 06-00008-CW will be jointly resolved in the same plea agreement, until the paperwork arrives, the parties cannot proceed in either case.

For this reason, the parties jointly request that the hearing in this matter be continued from

STIP AND ORD CONT HEARING                - 1 -

1  May 15, 2006, until May 22, 2006, or as soon thereafter as the Court is available and that the
2  matter be set for change of plea at that time and admission of the violation.
3       The parties stipulate and agree that the time between May 15 and May 22, 2006, should be
4  excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from
5  any proceeding related to the transfer of a case from another district.
6  SO STIPULATED.
7  Dated:     May 11, 2006                /S/
8                                           HILARY A. FOX
                                         Attorney for Defendant POOLE
9  SO STIPULATED.
10
11  Dated:     May 12, 2006                /S/
12                                           KIRSTIN AULT
                                         Assistant United States Attorney
13
14  I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.
15                                            <u>ORDER</u>
16       Good cause appearing therefore, and pursuant to defendant John Poole's stipulation, it is
17  hereby ORDERED that the hearing currently scheduled for May 15, 2006, at 2:00 p.m. is vacated,
18  and a hearing is hereby scheduled instead for May 22, 2006, at 2:00 p.m., for change of plea and
19  admission of the violation. It is further ORDERED that the time from May 15 through May 22,
20  2006, is excluded under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(G), as delay resulting from
21  any proceeding related to the transfer of a case from another district.
22       IT IS SO ORDERED.
23  Dated: May ___16___, 2006
24                                           CLAUDIA WILKEN
                                         United States District Court
25
26

STIP AND ORD CONT HEARING            - 2 -