UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
SEP - 7 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA    )
                            )
        vs.                 )   Docket Numbers: CR 06-00008-01 CW
                            )                    CR 06-00367-01 CW
JOHN POOLE                  )

---

### ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for the <u>25th of September 2006 at 2:00 p.m.</u>, be continued until the <u>30th of October 2006 at 2:00 p.m.</u>

Date:  SEP - 7 2006

_____
UNITED STATES DISTRICT JUDGE