1  STEVEN G. KALAR
   Federal Public Defender
2  Northern District of California
   ANGELA HANSEN
3  Assistant Federal Public Defender
   13th Floor Federal Building - Suite 1350N
4  1301 Clay Street
   Oakland, CA 94612
5  Telephone: (510) 637-3500
6  Facsimile: (510) 637-3507
   Email:     Angela_Hansen@fd.org
7

8  Counsel for Defendant Poole

9

10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                                OAKLAND DIVISION

13

| | |
|---|---|
| 14  UNITED STATES OF AMERICA, | **Case No.:** CR 06–008 CW [KAW]<br>CR 06-367 CW [KAW] |
| 15  Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION TO SEPTEMBER 19, 2018** |
| 16  v. | |
| 17  JOHN POOLE, | |
| 18  Defendant. | **Hearing Date:** August 16, 2018 |
| | **The Hon. Kandis A. Westmore** |

21      The above-entitled matter is currently scheduled for August 16, 2018, at 9:30 a.m., for an initial

appearance on a Form 12 alleging that Mr. Poole violated the terms of his supervised release. The

parties stipulate and agree to continue Mr. Poole's initial appearance to September 19, 2018, before

the duty magistrate court, because Mr. Poole is currently at Center Point in San Rafael, California, a

residential drug treatment program.

    The probation officer assigned to this case, John Woods, has requested this continuance

because Mr. Poole is currently on "lock down." He started at the program on August 10, 2018, and

STIP. AND [PROPOSED] ORD. CONTINUE INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION TO SEPT 19, 2018
*POOLE*, CR 06–008 CW [KAW]

1

1 | Center Point prefers that its residents not leave the program for the first 30 to 45 days. For these
2 | reasons, the parties jointly request that the Court continue this matter to September 19, 2018, at 9:30
3 | a.m.

IT IS SO STIPULATED.

Dated: August 15, 2018

STEVEN G. KALAR
Federal Public Defender
Northern District of California

/S
ANGELA HANSEN
Assistant Federal Public Defender

Dated: August 15, 2018

ALEX TSE
United States Attorney
Northern District of California

/S
KATIE MEDEARIS
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOHN POOLE,<br><br>Defendant. | **Case No.:** CR 06–008 CW [KAW]<br><br>[~~PROPOSED~~] **ORDER TO CONTINUE INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION TO SEPTEMBER 19, 2018** |

Therefore, for good cause shown, and upon the agreement of the parties and the probation office, the initial appearance currently scheduled for August 16, 2018, at 9:30 a.m., is vacated. The matter is continued for initial appearance until September 19, 2018, at 9:30 a.m., before the duty magistrate court.

IT IS SO ORDERED.

Dated: 8/15/18

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge

[PROPOSED] ORDER TO CONTINUE INITIAL APPEARANCE ON SUPERVISED RELEASE VIOLATION TO SEPT 19, 2018
*POOLE*, CR 06–008 CW [KAW]

1